# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

GENERAL ELECTRIC CAPITAL
 CORPORATION,

         :

  Plaintiff,       Case No. 3:02-cv-340

         :  District Judge Thomas M. Rose

 -vs-         Chief Magistrate Judge Michael R. Merz

JOSEPH NADER, et al.,

         :

  Defendants.

---

### ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #43), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on November 9, 2005, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that the above-captioned action be dismissed without prejudice.

November 16, 2005.     **s/Thomas M. Rose**

         _____

           Thomas M. Rose
           United States District Judge

1